■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL ROSARIO, III, Also Known as SAMUEL SANTOS, Appellant. [836 NYS2d 481]—Appeal from a judgment of the Livingston County Court (Gerard J. Alonzo, Jr., J.), rendered January 6, 2005. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Centra, Lunn, Fahey and Peradotto, JJ.